United States Bankruptcy Court
District of Nevada

In re:                                                                                      Case No. 25-14879-abl
PERLA M MEREZKO                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0978-2                       User: admin                       Page 1 of 2
Date Rcvd: Aug 22, 2025               Form ID: 309I                   Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | PERLA M MEREZKO, 10059 HOLLIS MOUNTAIN AVE, LAS VEGAS, NV 89148-4291 |
| 12690197 | + | American Homes, 280 Pilot Road #200, Las Vegas, NV 89119-3532 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: help@bkvegas.com | Aug 23 2025 00:33:00 | SETH D BALLSTAEDT, BALLSTAEDT LAW FIRM, LLC DBA FAIR FEE LE, 8751 W CHARLESTON BLVD SUITE 230, LAS VEGAS, NV 89117 |
| tr | + | Email/Text: BNC@las13.com | Aug 23 2025 00:34:00 | KATHLEEN A. LEAVITT, 711 SOUTH 4TH ST SUITE # 101, LAS VEGAS, NV 89101-6762 |
| 12690199 | + | EDI: CAPITALONE.COM | Aug 23 2025 04:27:00 | Capital One, Acct No xxxxxxxxxxxx6831, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 12690198 | + | EDI: CAPITALONE.COM | Aug 23 2025 04:27:00 | Capital One, Acct No xxxxxxxxxxxx7441, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 12690200 | + | EDI: CITICORP | Aug 23 2025 04:27:00 | Citibank, N.A./CBNA, Acct No xxxxxxxxxxxx5929, Citibank Customer Service, Attn: Bankrup, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 12690201 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 23 2025 00:36:05 | Credit One Bank, Acct No xxxxxxxxxxxx0160, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 12690203 | | EDI: IRS.COM | Aug 23 2025 04:27:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 12690204 | + | Email/Text: Mercury@ebn.phinsolutions.com | Aug 23 2025 00:33:00 | Mercury/FBT, Acct No xxxxxxxxxxxx4353, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 12690205 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 23 2025 00:36:50 | Merrick Bank Corp, Acct No xxxxxxxxxxxx9979, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 12690202 | | EDI: NEVDETR | Aug 23 2025 04:27:00 | Dept. of Employment, Training & Rehab, Employment Security Division, 500 East Third Street, Carson City, NV 89713 |
| 12690202 | | Email/Text: bknotification@detr.nv.gov | Aug 23 2025 00:33:00 | Dept. of Employment, Training & Rehab, Employment Security Division, 500 East Third Street, Carson City, NV 89713 |
| 12690206 | + | Email/Text: tax-bankruptcy@tax.state.nv.us | Aug 23 2025 00:34:00 | Nevada Dept. of Taxations, Bankruptcy, 555 E Washington Ave, #1300, Las Vegas, NV 89101-1046 |
| 12690207 | + | EDI: SYNC | Aug 23 2025 04:27:00 | Synchrony Bank/Amazon, Acct No |

| District/off: 0978-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 22, 2025 | Form ID: 309I | Total Noticed: 18 |

| | | | | |
|---|---|---|---|---|
| 12690208 | + | EDI: SYNC | | xxxxxxxxxxxx6233, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| | | | Aug 23 2025 04:27:00 | Synchrony Bank/Sams Club, Acct No xxxxxxxxxxxx8598, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 12690209 | + | Email/Text: closures@collectmoore.com | Aug 23 2025 00:33:00 | The Moore Law Group, Acct No x-xx-xxx165C, Donna Armenta, P.O. Box 25145, Santa Ana, CA 92799-5145 |
| 12690211 | | Email/Text: bknotice@upgrade.com | Aug 23 2025 00:33:00 | Upgrade, Inc., Acct No xxxxx4952, Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 12690210 | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Aug 23 2025 00:34:00 | United States Trustee, 300 Las Vegas Blvd. South #4300, Las Vegas, NV 89101-5803 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2025          Signature:          /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | PERLA M MEREZKO<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–2063<br>EIN: __–_____ | |
| **Debtor 2:**<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: | District of Nevada | Date case filed for chapter: 13   8/21/25 | |
| Case number: | 25–14879–abl | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case          10/20

---

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | PERLA M MEREZKO | |
| 2. | **All other names used in the last 8 years** | aka PERLA GABARRE | |
| 3. | **Address** | 10059 HOLLIS MOUNTAIN AVE<br>LAS VEGAS, NV 89148 | |
| 4. | **Debtor's attorney**<br>Name and address | SETH D BALLSTAEDT<br>BALLSTAEDT LAW FIRM, LLC DBA FAIR FEE LEGAL SERVICES<br>8751 W CHARLESTON BLVD SUITE 230<br>LAS VEGAS, NV 89117 | Contact phone 702–715–0000<br>Email: help@bkvegas.com |
| 5. | **Bankruptcy trustee**<br>Name and address | KATHLEEN A. LEAVITT<br>711 SOUTH 4TH ST SUITE # 101<br>LAS VEGAS, NV 89101 | Contact phone (702) 853–0700 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 300 Las Vegas Blvd., South<br>Las Vegas, NV 89101 | Office Hours 9:00 AM – 4:00 PM<br>Contact phone (702) 527–7000<br>Date: 8/21/25 |

**For more information, see page 2**

---

Official Form 309I          Notice of Chapter 13 Bankruptcy Case          page 1

Debtor  **PERLA M MEREZKO**                                                                                             Case number **25–14879–abl**

| 8. Meeting of creditors<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 23, 2025** at **11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 610 055 9031, and Passcode 7146423708, OR call 1 725 237 1883** |
|---|---|---|
| | **For additional meeting information go to https://www.justice.gov/ust/moc** | |
| 9. **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/24/25** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/30/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/17/26** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| 13. **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |