SETH D BALLSTAEDT, ESQ.
Nevada Bar No.: 11516
Fair Fee Legal Services
8751 W Charleston Blvd, #230
Las Vegas, NV 89117
702-715-0000
E: help@bkvegas.com

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | CASE NO.: 25-14879 |
|---|---|
| PERLA M MEREZKO | CHAPTER: 13 |
| Debtor(s) | HEARING DATE: OCTOBER 30, 2025<br>HEARING TIME: 1:30PM |

## NOTICE OF CONFIRMATION HEARING

**NOTICE IS HEREBY GIVEN** that the debtor(s) filed a Chapter 13 Plan #1 and seek to have this Plan confirmed. Any objections to the Plan shall be made in accordance with FRBP 3015(f) & 9014, and Local Rule 9014 and must be filed and served at least seven days before the confirmation hearing.

> If you object to the plan you *must* file a **WRITTEN** response with the court.  You *must* also serve your written response on the person who sent you this notice.
> If you do not file a written response with the court, or if you do not serve your written response on the persons named above, then:
> - The Court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing will be held on October 30, 2025 at 1:30PM with the Duty Judge.  Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID (if applicable) 161 418 4644 and entering access code or passcode 758337#.

If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code.

You may view the Court Calendar at: https://www.nvb.uscourts.gov/calendars/court-calendars/.

Select the hearing judge. Next click on the "calendar date" to view the hearing judge's dial-in number and meeting access codes.

DATED this 15 day of September, 2025

/s/ Seth D Ballstaedt, Esq.
Seth D Ballstaedt, Esq.
FAIR FEE LEGAL SERVICES
*Attorney for Debtor(s)*

FAIR FEE LEGAL SERVICES
8751 W Charleston Blvd #230
Las Vegas, NV 89117