KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
711 S 4th Street, Suite 101
Las Vegas, NV 89101
kal13mail@las13.com
Tel: (702) 853-0700
Fax: (702) 853-0713

E-FILED

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:
PERLA M MEREZKO

Debtor(s)

Case No:-25-14879-ABL

CHAPTER 13

Hearing Date:   October 30, 2025
Hearing Time:   1:30 pm

BALLSTAEDT LAW FIRM LLC
Attorney for the Debtor

**TRUSTEE'S OPPOSITION TO CONFIRMATION OF PLAN**
**#1 COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL**

Comes now KATHLEEN A. LEAVITT, Chapter 13 Bankruptcy Trustee, in the above captioned bankruptcy case and hereby alleges as follows:

**Statement of Facts**

The Debtor(s) filed for Chapter 13 relief on 08/21/2025.  The Section 341(a) Meeting of Creditors held on September 23, 2025 at 11:00 am was concluded .

**Argument**

The Trustee objects to confirmation of the Chapter 13 Plan and recommends that this case be dismissed pursuant to 11 U.S.C. §1307(c) for one or more of the following reasons:

- Debtor(s) is/are delinquent with payments required by the proposed plan and sec. 1326(a). 11 U.S.C. §1307(c)(1)

The Plan fails to provide for all of the Debtor(s)' disposable income pursuant to 11 U.S.C. §1325(a)(3) and (b) based on:

- Include in the Plan any bonus or incentive income that the Debtor receives or becomes entitled to receive during the bankruptcy
- The plan fails to provide for all of the Debtor(s)' disposable income as calculated on form B122C-2 Chapter 13 Calculation of Your Disposable Income, pursuant to 11 U.S.C. §1325(b).

Debtor(s) failed to cooperate with the Trustee as necessary to enable the Trustee to perform her duties pursuant to 11 U.S.C. §521(a)(3), §704 and/or §1302. This failure to cooperate has caused unreasonable delay that is prejudicial to creditors under 11 U.S.C. §1307(c)(1) as the Debtor(s) did not provide the following documents[1] and/or amendments:

- Bank Statement(s) for the following period(s): Chase #1010:  8/19-8/21/25; Chase #0693:  8/19-8/21/25.

Finally, Trustee makes the following statements in an effort to maintain a clear record:

- Debtor should ensure that all creditors have been noticed pursuant to LR 1007(b)(5)(B).

**Conclusion**

WHEREFORE, for the foregoing reasons, the Trustee objects to confirmation and recommends that this case be dismissed pursuant to 11 U.S.C. §1307(c).

Dated:  9/24/25

/s/ Kathleen A. Leavitt
Kathleen A. Leavitt
Chapter 13 Trustee

---

[1] The Trustee requests that all documents be submitted in a redacted form. Please reference F.R.B.P. 9037 for guidance on the information that should be redacted.

KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
711 S 4Th Street
Suite 101
Las Vegas, NV  89101

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>**PERLA M MEREZKO**<br><br><br>**Debtor (s)** | **CASE NO: BKS-25-14879-ABL**<br>**Chapter 13** |

**CERTIFICATE OF SERVICE**

1. On September 24, 2025, I served the following document(s):

**TRUSTEE'S OPPOSITION TO CONFIRMATION OF PLAN #1 COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL**

2. I served the above-named documents(s) by the following means to the persons as listed below:

**United States mail, postage fully prepaid**

PERLA M MEREZKO
10059 HOLLIS MOUNTAIN AVE
LAS VEGAS, NV  89148

BALLSTAEDT LAW FIRM LLC
DBA FAIR FEE LEGAL SERVICES
8751 W CHARLESTON BLVD
SUITE 230
LAS VEGAS, NV  89117

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: 9/24/25

/s/ Esther Carr
Employee of
Kathleen A. Leavitt
Chapter 13 Standing Trustee